

NUMBER 13-07-00699-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

**MIGUEL HINOJOSA,** Appellant,

v.

**THE STATE OF TEXAS,** Appellee.

---

**On appeal from the 357th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Miguel Hinojosa, attempted to appeal an order issued by the trial court on August 15, 2007. On November 13, 2007, and again on May 13, 2008, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not an appealable order, and further, that it appeared that the notice of appeal was

untimely filed, and requested correction of these defects within ten days or the appeal would be dismissed.  Appellant has failed to respond to the Court's directives.

Accordingly, the appeal is DISMISSED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered
and filed this the 10th day of July, 2008.